UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff

v.                                          Case No. 21-30247
                                           Originating No. 1:21-mj-00447

**ANTHONY MICHAEL PUMA,**

      Defendant.
_____/

**GOVERNMENT'S PETITION
FOR TRANSFER OF DEFENDANT TO
ANOTHER DISTRICT AND SUPPORTING BRIEF**

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **ANTHONY MICHAEL PUMA,** to answer to charges pending in another federal district, and states:

1. On **May 27, 2021,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the Superior Court of the District of Columbia based on a Complaint. Defendant is charged in that district with violation of 18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority; 18 U.S.C. § 1752(a)(2) - Knowingly Engaged in Disorderly or Disruptive Conduct in, or Within such Proximity to, any

**Restricted Building or Grounds; 18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress; 40 U.S.C. § 5104(e)(2) - Violent Entry and Disorderly Conduct on Capitol Grounds.**

2.  Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above.  *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

SAIMA S. MOHSIN
Acting United States Attorney

*Alison A. Furtaw*
Alison A. Furtaw P55893
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
alison.furtaw@usadoj.gov
(313) 226-0206

Dated: May 27, 2021